618

423 A.2d 1323

Exxon Corp. v. Witmer, Appellant.

Argued September 10, 1979.  Norman P. Zarwin, submitted a brief on behalf of appellant;  Kell M. Damsgaard, for appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order affirmed.

423 A.2d 1323

Lauria v. Kaye and Beneficial Savings Bank.

Appeal of Kaye.

Argued September 10, 1979.  David A. Scholl, for appellant;  Georganne Daher Terrell, submitted a brief on behalf of appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order affirmed.